```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RANDALHO J. EDGE, <br> Defendant | No. CV A 08-6830 <br><br> CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Randalho J. Edge, in the principal amount of $1772.62, plus interest accrued to September 11, 2008, in the sum of $2,799.34; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$4,571.96**.

DATED: 11/3/2008          By: TERRY NAFISI
                              Clerk of the Court

                              A. KANNIKE
                              Deputy Clerk
                              United States District Court

Page 5